**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isaias AVILA–VILLEGAS,**
**Defendant–Appellant.**

**No. 11–50038.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 28, 2011.

Shireen Matthews Becker, Bruce R. Castetter, Assistants U.S., Office of the U.S. Attorney, for Plaintiff–Appellee.

Gary Paul Burcham, Law Offices of Gary P. Burcham, San Diego, CA, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Isaias Avila–Villegas appeals from the 37–month sentence imposed following his guilty-plea conviction for attempted entry

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Avila–Villegas contends that his sentence is substantively unreasonable. The record reflects that Avila–Villegas' sentence, nine months below the bottom of the original Guidelines range, is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Valencia–Barragan,* 608 F.3d 1103, 1108–09 (9th Cir.2010) (affirming application of a 16–level enhancement based on a prior conviction for a crime of violence, and distinguishing *United States v. Amezcua–Vasquez,* 567 F.3d 1050 (9th Cir.2009)).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.